**WILK AUSLANDER LLP**
1515 Broadway, 43rd Floor
New York, New York 10036
Telephone: (212) 981-2300
Eric J. Snyder, Esq.
Eloy A. Peral, Esq.

*Counsel for Debtors and
Debtors in Possession*

**MOSES & SINGER LLP**
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 554-7800
Alan E. Gamza, Esq.
Jessica K. Bonteque, Esq.

*Counsel for the Official Committee
Of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:                                             :
                                                   :  Chapter 11
BICOM NY, LLC, *et al.*,[1]                        :
                                                   :  Case No. 17-11906(MEW)
                        Debtors.                   :
                                                   :  (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF ENTRY OF AN ORDER CONFIRMING AND OF THE OCCURRENCE
OF THE EFFECTIVE DATE[2] OF SECOND REVISED SECOND AMENDED JOINT
PLAN OF LIQUIDATION OF THE DEBTORS AND DEBTORS-IN-POSSESSION AND
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

  **PLEASE TAKE NOTICE** that on May 24, 2019, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order [Docket No. 666] (the "Confirmation Order") confirming the *Second Revised Second Amended Joint Plan Of Liquidation Of The Debtors And Debtors-In-Possession And The Official Committee Of Unsecured Creditors* (the "Plan") [Docket Nos. 606 and 647] for the above-captioned debtors and debtors in possession (collectively, the "Debtors") proposed jointly by the Debtors and the Official Committee of Unsecured Creditors (the "Committee").

  **PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan, and the related documents are available on the website of the Debtors' Claims Agent https://cases-cr.stretto.com/bicom?r and at the Bankruptcy Court's website at http://www.nysb.uscourts.gov. To access the Bankruptcy Court's website, you will need a PACER password and login, which can be obtained at http://www.pacer.psc.uscourts.gov.

---

[1] The last four numbers of each Debtor's taxpayer identification number are BICOM NY, LLC (9990); ISCOM NY, LLC (1589); and Bay Ridge Automotive Company, LLC (0694).

[2] All capitalized terms used herein, but not otherwise defined, shall have the meanings ascribed to them in the Plan.

Copies of the Confirmation Order, the Plan, and the related documents may also be obtained by request to the Debtors' or the Committee's counsel set forth below.

**PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan occurred on May 28, 2019 (the "Effective Date").**

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by the Plan, the Confirmation Order, any other applicable order of the Bankruptcy Court, or agreed to by the Holder of an Allowed Administrative Claim and the Debtors or the Liquidation Trustee, all requests for payment of Administrative Claims must be filed and served on the Debtors and the Liquidation Trustee **no later than July 29, 2019** (the "Administrative Claims Bar Date"); provided, however that Nissan North America, Inc. ("Nissan") shall not be required to file such a request and that Nissan and BICOM or its successor in interest, including but not limited to the Liquidation Trust, each expressly reserve their rights and claims regarding the extent, validity and priority of Nissan's Administrative Claim until such time as funds become available to pay Administrative Claims. Holders of Administrative Claims that are required to file and serve a request for payment of such Administrative Claims that do not file and serve such a request by the Administrative Claims Bar Date shall be forever barred, estopped, and enjoined from asserting such Administrative Claims against the Debtors, their Estates, and their Assets and such Administrative Claims shall be deemed discharged as of the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by an order of the Bankruptcy Court or the Confirmation Order, any Rejection Claim (in the event that the Rejected Contract was rejected pursuant to the Plan) must be filed with the Bankruptcy Court **no later than June 24, 2019** (the "Rejection Claims Bar Date"). Holders of Rejection Claims that do not file such Rejection Claims by the Rejection Claims Bar Date shall be forever barred, estopped, and enjoined from asserting such Rejection Claims against the Debtors, their Estates, and their Assets and such Rejection Claims shall be deemed discharged as of the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by the Plan, the Confirmation Order, any other applicable order of the Bankruptcy Court, or agreed to by the Holder of an Allowed Professional Fee Claim and the Debtors or the Liquidation Trustee all applications for payment of Professional Fee Claims must be filed and served on the Debtors and the Liquidation Trustee **no later than July 29, 2019** (the "Professional Fee Claims Bar Date"). Holders of Professional Fee Claims that are required to file and serve an application for payment of such Professional Fee Claims that do not file and serve such requests by the Professional Fee Claims Bar Date shall be forever barred, estopped, and enjoined from asserting such Professional Fee Claims against the Debtors, their Estates, and their Assets and such Professional Fee Claims shall be deemed discharged as of the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that the Plan contains other deadlines that are not expressly set forth in this Notice.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, any Holder of a Claim against, or Equity Interest in, the Debtors and such Holder's

respective successors and assigns, whether or not the Claim or Equity Interest of such Holder is Impaired under the Plan and whether or not such Holder or Entity voted to accept the Plan.

| | |
|---|---|
| Dated: New York, New York<br>May 30, 2019 | **WILK AUSLANDER LLP**<br><br>By:  /s/ Eric J. Snyder_____<br>     Eric J. Snyder, Esq.<br>     Eloy A. Peral, Esq.<br>1515 Broadway, 43rd Floor<br>New York, New York 10036<br>(212) 981-2300<br><br>*Counsel for the Debtors and Debtors in Possession*<br><br>     -and-<br><br>**MOSES & SINGER LLP**<br><br>By: /s/ Alan E. Gamza_____<br>     Alan. E. Gamza, Esq.<br>     Jessica K. Bonteque, Esq.<br>405 Lexington Avenue<br>New York, New York 10174<br>(212) 554-7800 |